OPINION — AG — **** TRAFFIC CITATION — DISTRICT ATTORNEY ENDORSEMENT REQUIRED TO BE A CASE **** OKLAHOMA UNIFORM TRAFFIC CITATIONS MUST BE ENDORSED BY A DISTRICT ATTORNEY OR ONE OF HIS ASSISTANTS BEFORE BEING FILED AND ARE NOT A CASE UNLESS THIS IS SO DONE, EXCEPT WHEN THE PERSON ARRESTED PLEADS GUILTY IN WRITING. CITE: 22 O.S. 1968 Supp., 1114.3 [22-1114.3], 22 O.S. 1961 303 [22-303] (FRED H. ANDERSON)